IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WATERLOO SPARKLING WATER CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| TREATY OAK BREWING AND DISTILLING | § | Civil Action No. 1:21-CV-00161-RP |
| CO., LLC, TREATY OAK BRANDS, LLC, | § | |
| TREATY OAK OPERATIONS, LLC, | § | |
| TREATY OAK HOLDINGS, LLC, | § | |
| SPIRITED COCKTAILS CORPORATION, | § | |
| DANIEL BARNES and BRANDON CASON, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT DANIEL BARNES'S OPPOSITION TO
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE ROBERT PITMAN:

Defendant Daniel Barnes opposes Plaintiff Waterloo Sparkling Water Corporation ("WSW")'s request for a preliminary injunction and would respectfully show:

**I.**

WSW first asks this Court, pointlessly, to enjoin Defendants Daniel Barnes and Treaty Oak Brewing and Distilling Co., LLC ("Treaty Oak") from selling a product that never reached the shelves and that has been definitively cancelled by its manufacturer, Spirited Cocktails Corporation ("SCC"). But WSW also asks this Court, without legal basis, to enjoin Barnes and Treaty Oak from using its long-standing WATERLOO trademark in a market – alcoholic spirits – that WSW has never entered and is legally precluded from entering. WSW has not shown a right to such relief, so its motion should be denied.

## II.

Defendant Barnes adopts and joins Treaty Oak's response to WSW's motion.  However, Barnes, who has been sued individually, also files this short response, given that his position is somewhat unique.  As a serial entrepreneur and beverage flavor expert, Barnes was a founder of all three companies involved in this case:  Treaty Oak, SCC, *and* WSW.

Barnes founded Treaty Oak in 2006, which has made and sold gin under the WATERLOO brand continuously since 2012.  Barnes Decl. ¶¶ 2-4, attached.  Barnes later co-founded WSW, which began selling Waterloo Sparkling Water in August 2017, more than five years after WATERLOO GIN entered the market.  *Id*. ¶ 12.  Barnes then co-founded SCC, which sells a line of CANTEEN vodka sodas.  *Id*. ¶ 15.

In late 2020, SCC began developing a line of flavored gin spritz products to complement its CANTEEN vodka sodas.  Barnes Decl. ¶¶ 15-17.  Barnes, in his role as SCC founder, developed the flavors.  *Id*. ¶ 17.  SCC sought to license Treaty Oak's WATERLOO NO. 9 GIN mark for use on SCC's gin spritzes.  *Id*. ¶ 20.  SCC created mock-up labels and packaging.  *Id*. ¶¶ 18-19.  SCC voluntarily gave an image of its planned packaging to WSW.  *Id*. ¶¶ 20-21.  A month later, WSW's counsel sent a cease-and-desist letter, complaining that SCC's packaging too closely resembled WSW's sparkling water cans.  Without waiting for a response, WSW sued.  SCC dropped its plans to make a Waterloo No. 9 gin spritz line.  *Id*. ¶ 23.  No product was made or sold.  *Id*. ¶ 24.  The potential SCC–Treaty Oak licensing deal is dead.  *Id*.  Treaty Oak cannot make the gin spritzes because SCC owns the flavors.  *Id*. ¶ 20.

One would expect matters to end there, but WSW persists.  Besides pointlessly seeking an injunction against SCC's cancelled product, WSW wants this Court to prohibit Barnes and Treaty Oak from selling *any* "ready-to-drink seltzer or sparkling beverage product bearing,

using, including, or incorporating the WATERLOO name," including alcoholic beverages. Doc. 16-5 ¶ 1(2).  WSW wants a legal monopoly to use the word "Waterloo" in a market WSW has not – and cannot legally – enter, based on its *junior* use of that word on *non-alcoholic* drinks.

Given SCC's abandonment of its contemplated gin spritzes, it could be questioned whether a live controversy remains.  However, due to the sweeping injunctive relief WSW seeks, Barnes feels obliged to inform the Court of a project in development.

Since 2019, Barnes has been developing for Treaty Oak a ready-to-drink, canned Waterloo No. 9 Gin & Tonic, a product wholly distinct from SCC's gin spritzes.  Barnes Decl. ¶¶ 26-31.  WSW is aware of this, because Barnes told WSW's Chief Operating Officer about its plans back in December 2019.  *Id*. ¶ 27, Ex. 5.  Barnes even sent WSW a mock-up of the contemplated labeling.  *Id*.  In response, WSW told Barnes that "Waterloo sparkling doesn't plan on entering this category," and it did not object to the cans' labelling.  *Id*.

Thus reassured, Barnes has developed a line of three Waterloo No. 9 Gin & Tonics: Original, Mediterranean, and Elderflower.  Barnes Dec. ¶ 28.  These products will be sold with this labelling:





*Id.* This labeling leverages the brand recognition earned by Treaty Oak's WATERLOO line of gins, which it closely, and intentionally, resembles:



*Id.* ¶ 30. These new gin & tonic products have received the required formula approval from the federal government. *Id.* ¶ 29. The next step, applying for federal certificates of label approval, has been taken. *Id.* Because these new beverages contain gin, they are defined and regulated as

spirits, the category of goods and services identified in Treaty Oak's trademark registration for WATERLOO NO. 9 GIN.  *Id*., Ex. 2.

Given that tonic may be considered "sparkling," the relief WSW requests – enjoining "*any* ready-to-drink seltzer or *sparkling beverage product* bearing … the WATERLOO name" – would prevent Barnes from taking any steps as Treaty Oak's CEO, or otherwise, to move these new products to market.  Barnes, therefore, would make three brief points to confirm that WSW's motion does not meet the burden of obtaining injunctive relief that would encompass these new products.

First, although its motion attempts to bury this dispositive fact, WSW is the *junior* user of the word WATERLOO, both as to Treaty Oak and alcoholic beverages.  Over 121,000 bottles of WATERLOO GIN and WATERLOO ANTIQUE GIN had been sold before WSW sold a single can of its waters, and WATERLOO gins had already won international recognition with multiple awards.  Barnes Decl. ¶¶ 11, 6, Ex. 1.  To this day, WSW has not entered the market for alcoholic products, and if it ever does, its use of WATERLOO will be junior to Treaty Oak's use, and thus it will not be entitled to displace Treaty Oak, the senior user.

Second, the U.S. Trademark Office has already considered and rejected the idea that the common use of the word "Waterloo" in WATERLOO NO. 9 GIN for "spirits" and WATERLOO SPARKLING WATER for "sparkling water" creates a likelihood of consumer confusion.  When the trademark office approved WSW's registration, it did so despite prior existing registrations for other WATERLOO trademarks for alcoholic beverages, as Treaty Oak's response shows.  Likewise, when the trademark office approved Treaty Oak's WATERLOO NO. 9 GIN mark for "spirits," it did so despite WSW's prior registration for "sparkling water."  The office's decision to issue these trademark registrations is not just evidence that the marks are valid, but also that

"*there is no likelihood of confusion with previously registered marks*."  *Elvis Presley Enters. v. Capece*, 141 F.3d 188, 194 (5th Cir. 1998) (emphasis added).  This bears repeating:  the trademark office has *already* concluded that using the word "Waterloo" to identify both "sparkling water" and "spirits" does *not* cause consumer confusion because they are different products in different categories, and its conclusion warrants deference.  *Id.*

Finally, in an infringement suit, "trademarked words cannot be isolated from the labels on which they appear," and when "labels and bottles look nothing alike," an infringement action fails.  *Perry v. H.J. Heinz Co. Brands, LLC*, 994 F.3d 466, 471 (5th Cir. 2021).  Considered as a whole, the WATERLOO NO. 9 GIN & TONIC cans are wholly dissimilar to WSW's flavored water cans, in every way:  color, background, text, font, logo, etc.  The gin & tonic cans closely mimic the existing WATERLOO GIN bottles, intentionally.  The differences between the parties' respective cans are far more substantial than the differences in multiple cases that have found, as a matter of law, no likelihood of confusion between *competing* – let alone *different* – products.[1]

Barnes agrees with Treaty Oak that WSW has shown no entitlement to any preliminary injunction at all.  Perhaps WSW will have no objection to this upcoming product line.  However, given the scope of the relief WSW requests, Barnes wants to make clear WSW's utter lack of entitlement to injunctive relief that would interfere with the release of these new products.

---

[1] *See*, *e.g.*, *Perry*, 994 F.3d at 471-73 (no likelihood of confusion between competing METCHUP and MAYOCHUP products, despite sounding similar words where labels "look nothing alike"); *BuzzBallz, LLC v. JEM Bev. Co., LLC*, No. 3:15-CV-588, 2015 WL 3948757, *4 (N.D. Tex. June 26, 20215) (no likelihood of confusion between competing BUZZBALLZ and BOOZEBOX pre-mixed alcoholic drinks where "they appear as competitors and not as variants of one brand"); *Bear Republic Brewing Co. v. Central City Brewing Co.*, 716 F. Supp.2d 134, 145 (D. Mass. 2010) (no likelihood of confusion between competing RACER 5, RED RACER, and RED ROCKET craft beers, despite common words, where "the label designs are so different that they do not suggest a common origin or family of marks").

**III.**

WHEREFORE, PREMISES CONSIDERED, Defendant Daniel Barnes requests that the Court deny Plaintiff's motion for preliminary injunction be denied and grant such other relief, in law or in equity, as this Court may deem just.

Respectfully submitted,

By: */s/ Peter D. Kennedy*_____

Peter D. Kennedy
State Bar No. 11296650
pkennedy@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764 (Telephone)
(512) 536-9908 (Fax)

**ATTORNEYS FOR DEFENDANT
DANIEL BARNES**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, a true and correct copy of the above was served via eService as shown below:

J. Noah Hagey                          Ryan A. Botkin
Jeffrey M. Theodore                    Asra Syed
J. Tobias Rowe                         Wittliff Cutter PLLC
BraunHagey & Borden LLP                1209 Nueces Street
351 California Street, 10th Floor      Austin, Texas 78701
San Francisco, CA 94104

J. Roger Williams, Jr
Richards Rodriguez & Skeith
816 Congress, Suite 1200
Austin, Texas 78701

*/s/ Peter D. Kennedy*_____
Peter D. Kennedy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WATERLOO SPARKLING WATER CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| TREATY OAK BREWING AND DISTILLING | § | Civil Action No. 1:21-CV-00161-RP |
| CO., LLC, TREATY OAK BRANDS, LLC, | § | |
| TREATY OAK OPERATIONS, LLC, | § | |
| TREATY OAK HOLDINGS, LLC, | § | |
| SPIRITED COCKTAILS CORPORATION, | § | |
| DANIEL BARNES and BRANDON CASON, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF DANIEL BARNES

1.      My name is Daniel Barnes.  I am over the age of 18 and am legally competent to make this Declaration.  I declare under penalty of perjury that the following facts are within my personal knowledge or are known to me through the review of regular business records and/or are reported to me by those under my supervision.

2.      I am a founder and the Chief Executive Officer of Treaty Oak Brewing and Distilling Co., LLC ("Treaty Oak").  I founded Treaty Oak in 2006, which was then the fourth operating distillery in Texas.  Treaty Oak is, among other things, in the business of distilling and selling whiskey and gin.  It is located just outside Austin in Dripping Springs, Texas, on a 28-acre property, where it has a store, bar, restaurant, and outdoor space for relaxing and recreation.

3.      Treaty Oak is named after the famed 500-year-old live oak tree in central Austin.  The Treaty Oak is the last surviving member of the Council Oaks, a grove of trees that served as a sacred meeting place for Comanche and Tonkawa tribes before European settlement of the area.  Stephen F. Austin reportedly met local Native Americans under the tree to negotiate and sign Texas' first boundary treaty.

4.      Treaty Oak has been distilling and selling gin since February 2012.  Treaty Oak's first gin was called simply WATERLOO GIN.  Like Treaty Oak, the Waterloo name is grounded in Austin history: "Waterloo" was the name of the community that existed near the confluence of the Colorado River (now Lady Bird Lake) and Shoal Creek before Austin was founded.  The site of Waterloo was purchased for the capital of the Republic of Texas in March 1839 and named in honor of Stephen F. Austin.  The name "Waterloo" continues to be used to identify locations and a wide variety of businesses and civic associations in Austin.  A Google Map search shows such locations and businesses as Waterloo Adventures, Waterloo Park, Waterloo Records, Waterloo

Brewing, Waterloo Ice House, Waterloo Greenway Conservancy, Waterloo Flats, Waterloo Tower, Alexan Waterloo, Waterloo East Apartments, Waterloo School Austin, Waterloo Grill Cleaning, Waterloo Lobby & Advocacy, Waterloo Escrow, Waterloo Engineering, Waterloo Education, Waterloo Cycle, New Waterloo, Waterloo Capital, and Waterloo Counseling Center, among others.

5.     WATERLOO GIN was originally sold with a Texas-themed label with crossed rifles and frontier-style lettering.  Treaty Oak released a barrel-aged gin, WATERLOO ANTIQUE GIN in October 2013, also with a Texas-style label.  In June 2018, the WATERLOO gin labels were changed to a more contemporary look and the flagship gin's name was changed to WATERLOO NO. 9.  At the same time, Treaty Oak released a third gin, WATERLOO OLD YAUPON GIN, with a similar contemporaneous label.

6.     Treaty Oak has continuously manufactured and sold its flagship WATERLOO GIN, now called WATERLOO NO. 9 GIN, since 2012.  It has won many awards, including gold medals at the 2012 MicroLiquor Spirit Awards, the 2013 Beverly Hills World Spirits Competition, the 2014 San Francisco World Spirits Competition, the 2019 San Francisco World Spirits Competition, the 2019 Los Angeles International Spirits Competition, a double gold medal at the 2019 Sip Awards, and Best of Category in the 2020 Judging of Craft Spirits competition.  WATERLOO NO. 9 GIN was just named Best American Contemporary Gin in the 2021 World Gin Awards.  A comprehensive list of awards and recognitions received by Treaty Oak's three WATERLOO gins is attached as Exhibit 1.

7.     Treaty Oak released WATERLOO ANTIQUE GIN in 2013, which is aged for two years in oak barrels.  It has been continuously manufactured, advertised, and sold since then.  WATERLOO ANTIQUE GIN won the Triple Gold medal in 2014 MicroLiquor Spirit Awards.  It recently won a platinum medal at the 2020 Las Vegas Global Spirit Awards.

8.     Treaty Oak released WATERLOO OLD YAUPON GIN in 2018, which uses yaupon holly and other botanicals plus a touch of Texas wildflower honey.  It has been continuously manufactured, advertised, and sold since then.  It recently won a silver medal in the 2020 Bartender Spirts Awards.

9.     Treaty Oak's main website is located at https://www.treatyoakdistilling.com.  The website has a link to https://www.waterloogin.com where the WATERLOO gin products are advertised.  Treaty Oak has continuously advertised its gin products since 2012 on Facebook and the Internet.

10.     Treaty Oak owns a trademark registration for the word mark WATERLOO NO. 9 GIN, No. 3,589,787, International Class 033, for "spirits."  A true and correct copy of that registration is attached as Exhibit 2.  Treaty Oak also has pending trademark registrations for WATERLOO ANTIQUE GIN, WATERLOO YAUPON GIN, and WATERLOO TEXAS STRENGTH GIN.  Exhibit 3, attached.

11.     To date, Treaty Oak has sold over 46,600 cases – more than 279,000 individual bottles – of gin bearing its WATERLOO mark.  Treaty Oak's WATERLOO gins are currently sold in seven states and online in thirty-four states.  WSW claims it first used its trademark in

commerce on August 14, 2017. By that time, Treaty Oak had been advertising and selling its WATERLOO-branded gin for well over five years. By August 2017, Treaty Oak had sold over 20,296 cases – more than 121,000 bottles – of WATERLOO gin. By then, its gin had been recognized nationally, indeed internationally, in numerous competitions, as described above.

12. In late 2016 and early 2017, I founded a company with Brandon Cason and Sean Cusack to develop and sell sparkling soda waters. We considered various names. Cusack raised the possibility of using "Waterloo Water," but recognized that Treaty Oak was already using the Waterloo name. After discussing the issue, the three founders agreed that, even though Treaty Oak had prior rights to Waterloo in alcohol, the new company could co-exist with Treaty Oak because consumers were not likely to confuse a non-alcoholic sparkling soda with gin. Treaty Oak did not object to this use. The company, which was originally called Sparkling Soda Water Corp., ultimately adopted the name Waterloo Sparkling Water Corporation ("WSW") and named its products Waterloo Sparkling Water. Since the founding of WSW, I am not aware of any consumers confusing WSW's products with Treaty Oak's line of WATERLOO gins or any consumers confusing the source of the two products.

13. I was not an "employee" in "operations" of WSW. I developed the flavor profiles for the company's carbonated waters, which is my specialty. To the best of my recollection, I did not have an employment agreement with WSW and I was never paid as an employee. I contributed sweat equity and received an initial equity portion as a founder of the company. To my knowledge, my compensation consisted solely of equity in the company, including stock options.

14. My stock options continued to vest pursuant to a vesting schedule until July 2018. I was not "fired" from WSW. Rather, in July 2018, WSW unilaterally decided to terminate the vesting of my stock options and my active involvement with the company ended. I continue to own some WSW stock.

15. In approximately April 2019, I co-founded with Brandon Cason another company called Spirited Cocktails Corporation ("SCC") in order to develop and sell ready-to-drink cocktails. SCC developed and now sells a line of canned flavored vodka sodas called CANTEEN. Each color of the CANTEEN cans suggests their flavor: deep red for strawberry; purple for black cherry; green for cucumber mint; light red for ruby red; red for watermelon; yellow for pineapple. This is a traditional method of labelling lines of canned drinks that long predates Waterloo Sparkling Water. The CANTEEN products look like this:



16.     Although it dates to the 19ᵗʰ Century, the ready-to-drink ("RTD") cocktail market has recently seen extraordinary growth. The modern products typically come in a variety of fruit flavors with cans corresponding to each product's flavor.

17.     In 2020, SCC began exploring the possibility of releasing flavored gin spritz drinks to complement its existing line of vodka sodas. In my role as a founder for SCC, I developed the flavor profiles for these potential gin spritz products. Cason, as SCC's Chief Executive Officer, was responsible for developing the labels and marketing plan.

18.     Although I did not design the gin spritz cans, there was no intent to "knock off" or copy WSW's sparkling water cans. A review of the respective cans shows that SCC's cans did not copy WSW's cans. For example, as shown below, WSW sparkling water flavors are Lemon Lime, Grape, Mango, Peach, Black Cherry, Coconut, and Grapefruit. The dominant colors of those cans all match the flavors:



19.     In contrast, SCC's proposed gin spritz flavors were Citrus, Blossom, and Ruby, none of which is a flavor, unlike WSW's products.  The backgrounds of the cans are the same, unlike WSW's cans.  The Citrus can uses green for lettering, the color of limes, which is commonly associated with citrus fruit.  The Blossom has lavender lettering, suggesting flowers. The Ruby can has lettering the color of the inside of a Ruby Red grapefruit.  The content of the cans, GIN SPRITZ, is prominently stated in the center of the cans:



20.     The flavor profiles were developed and owned by SCC.  SCC planned to produce the products and handle all advertising, marketing, and sales.  It planned to license from Treaty Oak the right to use Treaty Oak's WATERLOO NO. 9 GIN trademark and circle WG logo, which appear on the can mock-ups above.  Although SCC began initial test-marketing of the proposed product, no licensing agreement was ever signed with Treaty Oak, and no products were sold.

21.     Cason and I knew WSW's Chief Operating Officer, Jeff Arnold, from our time at that company.  On January 14, 2021, Jeff Arnold texted Cason, asking to see the packaging for SCC's gin spritz products.  Exhibit 4, attached, contains a true and correct copy of a text between Cason and Arnold forwarded to me by Cason.  Referring to me in my role as Treaty Oak's CEO and founder, Arnold wrote "**we all know Daniel owns Waterloo in alc. that is not an issue**." *Id*.  Cason then texted Arnold an image of the spritz product's intended packaging that same day, and Arnold responded simply "Thanks." *Id*.

22.     Before February 12, 2021, I was aware of no objection that WSW had to the proposed labels and packaging that Cason had developed for SCC and sent to Arnold.  Sometime after that date, I received a copy of a cease-and-desist letter dated February 12, 2021, from WSW's outside counsel.  Confirming that WSW had known for a month of SCC's planned packaging, the cease-and-desist letter contained the image that Cason voluntarily sent to WSW:



23.     After learning of WSW's objections to the proposed labels and packaging, SCC promptly and voluntarily decided not to release the gin spritzer product under the Waterloo No. 9 Gin name.  SCC is now planning to release its spritz products under a wholly different name.

24.     Besides licensing its trademarks and possibly supplying the gin or gin recipe for the products, Treaty Oak would not have played any role in the SCC gin spritzer products. Treaty Oak would not have handled marketing, advertising, manufacture, or sale of those products.  No WATERLOO NO. 9 gin spritzer products were manufactured for sale, distributed, or sold.  In short, the proposed SCC deal is dead.

25.     I understand that WSW's lawsuit refers to an interview that Cason gave to *Forbes* where he discussed the formation of SCC.  I did not participate in that interview and do not know whether the article correctly quoted Cason.  It was certainly not my intention, or to my knowledge, Cason's intention, to associate SCC with WSW, beyond referencing his prior work at WSW.

26.     Treaty Oak does not intend to abandon its use of WATERLOO in connection with alcoholic spirits, including its gin products, which it has used continuously since 2012.  The WATERLOO gin marks continue to gain strength and recognition in the alcoholic spirits market. Since June 2018, the three WATERLOO gin bottles have looked like this:



27.     Treaty Oak, separate and apart from SCC, has been developing since 2019 a WATERLOO NO. 9 GIN & TONIC beverage.  On December 10, 2019, I voluntarily told WSW's Chief Operating Officer, Jeff Arnold, that Treaty Oak was exploring the release of a canned Waterloo No. 9 Gin & Tonic.  I texted to Arnold an image of the following mock-up of a gin & tonic can with labelling based on the WATERLOO NO. 9 GIN bottle:



Exhibit 5, attached.  After receiving the images, Arnold responded on December 10, 2019, "Waterloo sparkling doesn't plan on entering this category," and raised no concerns about the label or the product being confused with WSW's flavored waters.  *Id.*

28.  Treaty Oak has developed and is in the process of obtaining government approval to produce and sell three canned gin & tonic products based on its WATERLOO NO. 9 GIN: **Original**, containing Treaty Oak's flagship gin; **Mediterranean**, with botanicals indicative of that region; and **Elderflower**, with a floral and honey flavor.  These beverages will contain 7% alcohol, notably stronger than SCC's proposed gin spritz products.  Their flavor profiles are cocktail-forward, a different style; are targeted at a more refined palate; and are intended for a different drinking occasion.

29.  Treaty Oak's Waterloo No. 9 Gin & Tonics received formula approval from the U.S. Treasury Department's Alcohol and Tobacco Tax and Trade Bureau ("TTB") on May 10, 2021.  Exhibit 6, attached.  Treaty Oak applied for a certificate of label approval ("COLA") for each product on June 17, 2021.  Exhibit 7, attached.

30.  Treaty Oak has designed labels for its upcoming WATERLOO NO. 9 GIN & TONIC canned products that closely resemble the labels for its gin products, in order to leverage the widespread brand recognition.  The labels closely resemble what I texted to Arnold in December 2019, but with juniper leaves and berries in the background, which are screen printed on the back of the gin bottles:





31.     Treaty Oak intends to market and sell these WATERLOO NO. 9 GIN & TONIC beverages to its existing distributor network, which is different than SCC's distributor network. Treaty Oak's distributors must be licensed and regulated in order to buy and sell alcoholic beverages wholesale.  Treaty Oak does not, and cannot, control which retailers its distributors sell its products to, due to the highly regulated three-tier system of alcoholic beverage regulation. However, it is my understanding that Treaty Oak's WATERLOO gin products are sold primarily at liquor stores, bars, and other retailers that hold liquor licenses.  Texas law prohibits the sale of spirits at grocery stores and convenience stores, the primary outlet for WSW's sparkling waters. It is my understanding that the same restrictions will apply to WATERLOO NO. 9 GIN & TONIC, so that it will be distributed and sold through the same limited, regulated market as WATERLOO gins are currently sold.

32.     Treaty Oak Brands, LLC, Treaty Oak Operations, LLC, and Treaty Oak Holdings, LLC, are non-operating holding companies.  None of these entities played, or would have played, any role in the conception, development, production, marketing, or sale of SCC's proposed Waterloo No. 9 gin spritz product.

33.     I declare under penalty of perjury that the foregoing is true and correct.


6/17/2021
Date                                                          Daniel Barnes

Waterloo Gin Medals

**WATERLOO NO.9 GIN**

| YEAR | COMPETITION | MEDAL |
|------|-------------|-------|
| 2021 | World Gin Awards | Best American Contemporary |
| 2020 | ADI Judging of Craft Spirits | Gold – Best of Category |
| 2020 | ADI Judging of Craft Spirits | Certified Craft Spirit |
| 2020 | SIP Awards | Consumer's Choice |
| 2020 | USA Spirits Ratings | Gold – 93 points |
| 2020 | John Barleycorn | Gold |
| 2019 | SIP Awards | Innovation |
| 2019 | SIP Awards | Double Gold |
| 2019 | LA International Spirits Competition | Gold – 91 points |
| 2019 | SF World Spirits Competition | Gold |
| 2018 | Tastings.com | Gold – Exceptional – 91 points |
| 2016 | Spirits Business – Gin Masters | Master |
| 2014 | SF World Spirits Competition | Gold |
| 2013 | Beverly Hills World Spirits Competition | Gold |
| 2012 | Microliquor | Gold |

**WATERLOO ANTIQUE GIN**

| YEAR | COMPETITION | MEDAL |
|------|-------------|-------|
| 2020 | Las Vegas Global Spirit Awards | Platinum |
| 2020 | Bartender Spirit Awards | Gold – 94 points – Top 100 Spirits |
| 2014 | Microliquor | Triple Gold |

**WATERLOO OLD YAUPON GIN**

| YEAR | COMPETITION | MEDAL |
|------|-------------|-------|
| 2020 | Bartender Spirit Award | Silver |

# United States of America

## United States Patent and Trademark Office

# WATERLOO NO. 9 GIN

**Reg. No. 6,003,279**

**Registered Mar. 03, 2020**

**Int. Cl.: 33**

**Trademark**

**Principal Register**

Treaty Oak Brewing and Distilling, LLC  (TEXAS LIMITED LIABILITY COMPANY)
16604 Fitzhugh Road
Dripping Springs, TEXAS 78620

CLASS 33: Spirits

FIRST USE 10-00-2011; IN COMMERCE 2-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GIN"

SER. NO. 87-953,095, FILED 06-07-2018



Director of the United States
Patent and Trademark Office



**Generated on:** This page was generated by TSDR on 2021-06-16 09:06:41 EDT

**Mark:** WATERLOO ANTIQUE GIN

WATERLOO ANTIQUE GIN

**US Serial Number:** 90658535

**Application Filing Date:** Apr. 20, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** Apr. 23, 2021

# Mark Information

**Mark Literal Elements:** WATERLOO ANTIQUE GIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 6003279

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Spirits

**International Class(es):** 033 - Primary Class

**U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 14, 2013

**Use in Commerce:** Oct. 14, 2013

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Treaty Oak Brewing and Distilling, LLC |
| **Owner Address:** | 16604 Fitzhugh Road<br>Dripping Springs, TEXAS UNITED STATES 78620 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** TEXAS

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Catherine M.C. Farrelly |
| **Attorney Primary Email Address:** | pto@fkks.com |

**Attorney Email Authorized:** Yes

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | CATHERINE M.C. FARRELLY<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>28 LIBERTY STREET<br>NEW YORK, NEW YORK UNITED STATES 10005 |
| **Phone:** | 212-980-0120 |
| **Correspondent e-mail:** | pto@fkks.com omartinez@fkks.com |

**Fax:** 212 593 9175

**Correspondent e-mail Authorized:** YES

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 23, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING |

**Date in Location:** Apr. 23, 2021

**Generated on:** This page was generated by TSDR on 2021-06-16 09:06:53 EDT

**Mark:** WATERLOO YAUPON GIN

WATERLOO YAUPON GIN

**US Serial Number:** 90658540          **Application Filing Date:** Apr. 20, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** Apr. 23, 2021

## Mark Information

**Mark Literal Elements:** WATERLOO YAUPON GIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 6003279

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Spirits

**International Class(es):** 033 - Primary Class          **U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No          **Currently Use:** No

**Filed ITU:** Yes          **Currently ITU:** Yes

**Filed 44D:** No          **Currently 44E:** No

**Filed 44E:** No          **Currently 66A:** No

**Filed 66A:** No          **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Treaty Oak Brewing and Distilling, LLC

| | |
|---|---|
| **Owner Address:** | 16604 Fitzhugh Road<br>Dripping Springs, TEXAS UNITED STATES 78620 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized** TEXAS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Catherine M.C. Farrelly | | |
| **Attorney Primary Email Address:** | pto@fkks.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | CATHERINE M.C. FARRELLY<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>28 LIBERTY STREET<br>NEW YORK, NEW YORK UNITED STATES 10005 | | |
| **Phone:** | 212-980-0120 | **Fax:** | 212 593 9175 |
| **Correspondent e-mail:** | pto@fkks.com omartinez@fkks.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 23, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Apr. 23, 2021 |

**Generated on:** This page was generated by TSDR on 2021-06-16 09:06:24 EDT

**Mark:** WATERLOO TEXAS STRENGTH GIN

WATERLOO TEXAS STRENGTH GIN

**US Serial Number:** 90658541

**Application Filing Date:** Apr. 20, 2021

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** Apr. 23, 2021

## Mark Information

**Mark Literal Elements:** WATERLOO TEXAS STRENGTH GIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 6003279

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Spirits

**International Class(es):** 033 - Primary Class

**U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Treaty Oak Brewing and Distilling, LLC

| | |
|---|---|
| **Owner Address:** | 16604 Fitzhugh Road |
| | Dripping Springs, TEXAS UNITED STATES 78620 |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized** | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Catherine M.C. Farrelly | | |
| **Attorney Primary Email Address:** | pto@fkks.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | CATHERINE M.C. FARRELLY | | |
| | FRANKFURT KURNIT KLEIN & SELZ PC | | |
| | 28 LIBERTY STREET | | |
| | NEW YORK, NEW YORK UNITED STATES 10005 | | |
| **Phone:** | 212-980-0120 | **Fax:** | 212 593 9175 |
| **Correspondent e-mail:** | pto@fkks.com omartinez@fkks.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 23, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Apr. 23, 2021 |







To: **Jeff Arnold**

thought let's you Jason and I jump
on a call to talk this thru.

OK. Thank you.

Should I forward you our Waterloo
Gin trademark info, or are you good
to pull?

That would help.
Jeff@drinkwaterloo.com

Should I step aside and let our
attorneys handle this in your
opinion? Not exactly getting a
warm and fuzzy vibe from Sean.

That's your call. Our legal team is
validating a few points so we are
educated when we talk. So you can
get their advice or wait to talk to
Jason and I hopefully next week.

Dec 11, 2019, 8:49 PM

Thanks, Jeff. Will wait to hear from
you next week.

Jan 2, 2020, 2:46 PM

Yo, hope you're doing well. Wanted

To: **Jeff Arnold**

Jan 2, 2020, 2:46 PM

Yo, hope you're doing well. Wanted
to touch base again on the canned
GNTs. I realized I sent you artwork
for an erroneous can. Only the
"Waterloo #9" is being used, not
"Waterloo" on its own. You'll notice
the difference in the cans I sent.

And a belated happy new year!

Hey man. We had some
Folks look at it. Looks like you
recently filed with the Ttb.

Around gin there isn't much
concern. But where does it stop.
We should jump in a call next week.
You free on Monday?

Toss out some times that work.

I'm traveling Monday. Around
Tuesday afternoon or anytime
Wednesday.

Waterloo #9 Gin is our only
trademark for beverage with
Waterloo. Nothing else. There exist
no plans or expectations of any
other beverages outside of gin
category.



OMB NO. 1513-0122(08/31/2015)

| **FOR TTB USE ONLY**<br><br>TTB ID:1398296 | **DEPARTMENT OF THE TREASURY**<br>ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB)<br>**FORMULA AND PROCESS FOR DOMESTIC AND IMPORTED ALCOHOL BEVERAGES**<br>(See Instructions and Conditions at the end of this form) | FORMULA #:DSP-TX-15010 - 0030<br><br>SUPERSEDING<br><br>FORMULA ☐ |
|---|---|---|

| **1. NAME AND ADDRESS OF APPLICANT / IMPORTER** *(See Instructions)*:<br>   Treaty Oak Brewing and Distilling Co, LLC<br>   16604 FITZHUGH RD<br>   Dripping Springs, TX |
|---|

2. CONTACT PERSON'S PHONE NUMBER / E-MAIL ADDRESS: 5127853996

3. PLANT REGISTRY / BASIC PERMIT / BREWER'S NUMBER: DSP-TX-15010

**1a. MAILING ADDRESS** *(If different than above)* / FOREIGN PRODUCER'S ADDRESS:

   16604 Fitzhugh Road
   Dripping Springs, TX 78620

4. CLASS AND TYPE OF PRODUCT: (Approved) RECOGNIZED COCKTAILS

5. PRODUCT NAME: No.9 Gin & Tonic Original

**6. QUANTITATIVE LIST OF INGREDIENTS** *(If more space is needed, use space at the top of the next page or separate sheet)*:

Finished Alcohol

   Redistilled gin ; 55.0 - 65.0 lb.; 45 - 55; 120 - 160;

   Redistilled gin; 40.0 - 50.0 lb.; 45 - 55; 120 - 160;

Flavor

   Lime Flavor; 0.12 - 0.22 lb.; CITROINJ - 344; 1274796;

   Key Lime Flavor; 0.12 - 0.19 lb.; CITROINJ - 402; 1304580;

   Lemon Lavender Flavor; 0.09 - 0.2 lb.; CITROINJ - 447; 1327933;

Other

   Water; 775.0 - 785.0 lb.

   Simple Syrup; 5.0 - 6.0 lb.

   Citric Acid; 0.5 - 1.0 lb.

   Malic Acid; 0.1 - 0.5 lb.

   KetoseSweet+; 3.0 - 5.0 lb.

   Quinine Sulfate; 0.001 - 0.009 lb.

   Sodium Benzoate; 0.001 - 0.019 lb.

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION** *(If more space is needed, use space at the top of the next page or separate sheet)*:

1. Step 1 Weigh out and add gin blend to tank

2. Step 2 Add simple syrup - made from 1:1 ratio of refined sugar and distilled water

3. Step 3 Add flavors (Lime, key lime, lemon lavender)

4. Step 4 Add all dry ingredients (Citric acid, malic acid, KetoseSweet, quinine sulfate, sodium benzoate

5. Step 5 Add 95% of the water and test ABV

6. Step 6 Add water to reach 7% ABV

7. Step 7 Mix until homogenous

8. Step 8 Carbonate final product with carbon dioxide to 3-3.5 volumes

| 8. TOTAL YIELD:<br><br>100.0 Gallons | 9. ALCOHOL CONTENT OF FINISHED PRODUCT *(range may be shown)*:<br><br>5- 8 % by Volume |
|---|---|
| 9a. AMOUNT OF ALCOHOL FROM FLAVORS: | 9b. AMOUNT OF ALCOHOL FROM BASE: |

| 10. PRINTED NAME OF APPLICANT / IMPORTER: | 11. BY *(Signature and Title)*<br>(submitted electronically) | 12. DATE: |
|---|---|---|

**FOR TTB USE ONLY(Items 13, 14, 15, and 16)**

**13. FORMULATION:**

WINE PRODUCTS

☐ Approved subject to the provision of

DISTILLED SPIRITS PRODUCTS

☐ Harmless coloring, flavoring, or blending materials must not total more than 25% by volume of the finished product.

☐ Sugar. dextrose, or levulose or a combination thereof must be used in an amount not less than 2.5% by weight of the cordial or liqueur.

☐ The use of refining agents must not alter the basic composition of the spirits.

☐ The blended whiskey must contain not less than 20% straight whiskey on a proof gallon basis.

**LABELING**(finished product only):

☐ The designation of the product must include a truthful and adequate statement of composition, such as

☐ Commodity statement

☐ The label must indicate the use of

☐ caramel color          ☐ certified color(other than FD&C Yellow #5)

☐ artificial flavor       ☐ FD&C Yellow #5

☐ allergen(s)

☐

| 14. DATE:<br><br>05/10/2021 | 15. APPROVED - TTB SPECIALIST FOR THE ADMINISTRATOR, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>    CHRISTIAN FAY | 16. EXPIRED(IMPORT ONLY): |
|---|---|---|

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

| 6.QUANTITIVE LIST OF INGREDIENTS *(Continued)*: | 7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION*(Continued)*: |
|---|---|
| Other Ingredients:<br><br>  KetoseSweet+;  3.0-5.0 lb.;<br>  Quinine Sulfate;  0.001-0.009 lb.;<br>  Sodium Benzoate;  0.001-0.019 lb.; | |

**GENERAL INSTRUCTIONS**

Every person who is required to file a formula under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 must submit this form to the Advertising, Labeling, and Formulation Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G St., NW, Box 12, Washington, D.C. 20005. Permit approval and formula approval are required prior to manufacture/importation of any product requiring a formula. Production may commence upon receipt by the proprietor of an approved formula on TTB F 5100.51.

The number of copies to be filed is as follows: one copy for TTB's records, and either one additional copy, or one additional copy for each facility identified in Item 1.

If the formula is approved, one copy will be retained by TTB and the remaining approved copy(ies) will be sent to the addressee. The addressee will forward approved copies (or two-sided reproductions) to each facility identified in Item 1.

**SPECIFIC INSTRUCTIONS**

**Formula #- and Formula Superseded.**

    Number the formulas in sequence commencing with the number

proprietor product number (if none, so indicate), drawback formula number (if none, so indicate), city and state of the flavor manufacturer, date of approval of the nonbeverage formula, alcohol content of the flavor or blender (if nonalcoholic, so indicate), and a description of any coloring material contained in the flavor or blender.

(d)     Identify all allergens added directly to the product or contained in the flavor materials. Allergens may include Crustacean shellfish, fish, soy (soybean(s), soya), wheat, milk, eggs, peanuts, or tree nuts. For shellfish and tree nuts, the label and formula must indicate the specific type or species.

(e)     Identify the use of any artificial sweeteners.

**Distilled Spirits only:**

(f)     If any type of wine (including vermouth) is to be used in the product, state the kind, percentage of wine to

"1." An applicant who has more than one facility must use a unique system of serial numbers that does not duplicate any formula number used at any plant. If this formula will supersede a previous approved formula with the same formula number, please check the box.

**Item 1.** Enter the name and complete address of the applicant or importer, and the city and state for all other facilities where the product will be produced if the product is produced domestically.

**Item 1a.** *(For Domestic Products)* Enter the complete mailing address of the applicant if different than the information in Item 1.
*(For Imported Products)* Enter the complete name and mailing address of the foreign producer.

**Item 2.** Enter the contact person's full phone number including area code and extension, if necessary.

**Item 3.** Enter the plant registry/basic permit/brewer's notice number for each facility that will produce or import the product.

**Item 4.** The class and type must conform to one of the class and type designations in the regulations issued under the Federal Alcohol Administration Act. Wine products containing less than 7 percent alcohol by volume must be designated in accordance with the labeling regulations 27 CFR Part 24 and the Federal Food, Drug and Cosmetic Act, 21 CFR. Do not show a brand or fanciful name in item 4.

**Item 5.** Enter the brand and fanciful name in item 5 (does **NOT** constitute approval for use on a label). If a brand or fanciful name has not yet been chosen, leave item 5 blank.

**Item 6.**   (a)   Specify the kind and quantity of each and every material or ingredient to be used in the formulation of a batch of the product, e.g., 100 gallons, 1000 gallons, 100 barrels.

      (b)   Identify all coloring agents added directly to the product or contained in flavor materials. Certified food colors must be identified by FD&C number, for example "FD&C Yellow No. 5."

      (c)   Identify flavoring or blending materials by the name of the flavor or blender, name of the flavor or blender proprietor,

be used, whether the wine is domestic or imported, whether the wine contains added wine spirits, and the percentage of alcohol by volume of the wine, and the amount of alcohol contributed to the final product on a proof gallon basis.

      (g)   If the finished product is to be labeled as containing a particular class and type of distilled spirits (such as "Blackberry Liqueur & Brandy" or "Coffee Liqueur & Non- Dairy Creamer") the ingredients used to produce the particular class and type of distilled spirits must be listed in a manner so that they are distinguishable from the remaining ingredients for the finished product.

**Item 7.** Show in sequence each step employed in producing the product including the step at which the specified materials will be added and the approximate period of time to complete production.
*(For Malt Beverages)* Describe in detail each special process used to produce a beer product. Omit processes customarily used in brewing such as pasteurization or ordinary filtration.

**Item 8.** Enter the total yield of the finished product, e.g., 150 gallons, 1500 gallons, 150 barrels.

**Item 9.** If the product is to be bottled at more than one alcohol content within the same tax rate, state the alcoholic content as a range to include all alcoholic contents at which the product will be bottled, provided that the product does not change class and type.

**Item 9a.** *(For Malt Beverages)* Enter the percentage of alcohol derived from flavors or other materials containing alcohol.

**Item 9b.** *(For Malt Beverages)* Enter the percentage of alcohol derived from the malt base of the product.

**Item 10.** *(For Domestic Products)* Applicant is the person required to file a formula under TTB regulations.
*(For Imported Products)* Importer is the person who imports the product.

**CONDITIONS FOR FORMULA APPROVAL**
This approval is granted under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 and does not in any way provide exemption from or waiver of the provisions of the Food and Drug Administration regulations relating to the use of food and color additives in food products.
Addition of remnants or returned merchandise to a completed product made under the same formula is permitted.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with Federal laws and regulations we administer for the formulation of alcohol beverages. The information is mandated by statute (26 U.S.C. Chapter 51) and is used to obtain a benefit. The information collected on this form must be considered confidential tax information under 26 U.S.C. 6103, and must not be disclosed to any unauthorized party under 26 U.S.C. 7213.
We estimate 2 hours as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Box 12, Washington, DC 20005.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a current, valid OMB control number

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

| FOR TTB USE ONLY<br><br>TTB ID:1398317 | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB)<br>**FORMULA AND PROCESS FOR DOMESTIC<br>AND IMPORTED ALCOHOL BEVERAGES**<br>(See Instructions and Conditions at the end of this form) | FORMULA #:DSP-<br>TX-15010 - 0032 |
|---|---|---|

**FOR TTB USE ONLY**

TTB ID:1398317

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB)
**FORMULA AND PROCESS FOR DOMESTIC AND IMPORTED ALCOHOL BEVERAGES**
(See Instructions and Conditions at the end of this form)

FORMULA #:DSP-TX-15010 - 0032
SUPERSEDING FORMULA ☐

**1. NAME AND ADDRESS OF APPLICANT / IMPORTER** *(See Instructions)*:
   Treaty Oak Brewing and Distilling Co, LLC
   16604 FITZHUGH RD
   Dripping Springs, TX

**1a. MAILING ADDRESS** *(If different than above)* / FOREIGN PRODUCER'S ADDRESS:

   16604 Fitzhugh Road
   Dripping Springs, TX 78620

**2. CONTACT PERSON'S PHONE NUMBER / E-MAIL ADDRESS:**
   5127853996

**3. PLANT REGISTRY / BASIC PERMIT / BREWER'S NUMBER:**
   DSP-TX-15010

**4. CLASS AND TYPE OF PRODUCT:** (Approved)
   RECOGNIZED COCKTAILS

**5. PRODUCT NAME:**
   No.9 Gin & Tonic Mediterranean

**6. QUANTITATIVE LIST OF INGREDIENTS** *(If more space is needed, use space at the top of the next page or separate sheet)*:

Finished Alcohol

   Redistilled gin; 57.0 - 67.0 lb.; 45 - 55; 120 - 160;

   Redistilled gin; 45.0 - 55.0 lb.; 45 - 55; 120 - 160;

Flavor

   Lime Flavor; 0.01 - 0.05 lb.; CITROINJ - 344; 1274796;

   Lemon Flavor; 0.05 - 0.15 lb.; CITROINJ - 187; 1200204;

   Lemon Thyme; 0.05 - 0.1 lb.; ABELEI - 721; 1391927;

   Rosemary Flavor; 0.02 - 0.09 lb.; CITROINJ - 550; 1365623;

   Marjoram Flavor; 0.08 - 0.15 lb.; CITROINJ - 587; 1395575;

Other

   Water; 775.0 - 785.0 lb.

   Simple Syrup; 4.5 - 6.0 lb.

   Citric Acid; 0.5 - 1.3 lb.

   Malic Acid; 0.1 - 0.9 lb.

   KetoseSweet+; 3.5 - 4.0 lb.

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION** *(If more space is needed, use space at the top of the next page or separate sheet)*:

1. Step 1 Weigh out and add gin blend to tank

2. Step 2 Add simple syrup - made from 1:1 ratio of refined sugar and distilled water

3. Step 3 Add flavors (Lime, lemon, lemon thyme, rosemary, marjoram)

4. Step 4 Add all dry ingredients (Citric acid, malic acid, KetoseSweet, quinine sulfate, sodium benzoate

5. Step 5 Add 95% of the water and test ABV

6. Step 6 Add water to reach 7% ABV

7. Step 7 Mix until homogenous

8. Step 8 Carbonate final product with carbon dioxide to 3-3.5 volumes

| | |
|---|---|
| Quinine Sulfate; 0.003 - 0.008 lb. | |
| Sodium Benzoate; 0.001 - 0.019 lb. | |

| | |
|---|---|
| 8. TOTAL YIELD:<br>　100.0 Gallons | 9. ALCOHOL CONTENT OF FINISHED PRODUCT *(range may be shown)*:<br>　5- 8 % by Volume |
| 9a. AMOUNT OF ALCOHOL FROM FLAVORS: | 9b. AMOUNT OF ALCOHOL FROM BASE: |

| 10. PRINTED NAME OF APPLICANT / IMPORTER: | 11. BY *(Signature and Title)*<br>　(submitted electronically) | 12. DATE: |
|---|---|---|

**FOR TTB USE ONLY(Items 13, 14, 15, and 16)**

**13. FORMULATION:**

WINE PRODUCTS

☐　Approved subject to the provision of

DISTILLED SPIRITS PRODUCTS

☐　Harmless coloring, flavoring, or blending materials must not total more than 25% by volume of the finished product.

☐　Sugar. dextrose, or levulose or a combination thereof must be used in an amount not less than 2.5% by weight of the cordial or liqueur.

☐　The use of refining agents must not alter the basic composition of the spirits.

☐　The blended whiskey must contain not less than 20% straight whiskey on a proof gallon basis.

**LABELING(finished product only):**

☐　The designation of the product must include a truthful and adequate statement of composition, such as

☐　Commodity statement

☐　The label must indicate the use of

☐ caramel color　　　　☐ certified color(other than FD&C Yellow #5)

☐ artificial flavor　　　☐ FD&C Yellow #5

☐ allergen(s)

☐

| 14. DATE:<br><br>05/10/2021 | 15. APPROVED - TTB SPECIALIST FOR THE ADMINISTRATOR, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>　CHRISTIAN FAY | 16. EXPIRED(IMPORT ONLY): |
|---|---|---|

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

6.QUANTITIVE LIST OF INGREDIENTS *(Continued)*:

Other Ingredients:

  Citric Acid;  0.5-1.3 lb.;
  Malic Acid;  0.1-0.9 lb.;
  KetoseSweet+;  3.5-4.0 lb.;
  Quinine Sulfate;  0.003-0.008 lb.;
  Sodium Benzoate;  0.001-0.019 lb.;

7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION*(Continued)*:

**GENERAL INSTRUCTIONS**
Every person who is required to file a formula under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 must submit this form to the Advertising, Labeling, and Formulation Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G St., NW, Box 12, Washington, D.C. 20005. Permit approval and formula approval are required prior to manufacture/importation of any product requiring a formula. Production may commence upon receipt by the proprietor of an approved formula on TTB F 5100.51.
The number of copies to be filed is as follows: one copy for TTB's records, and either one additional copy, or one additional copy for each facility identified in Item 1.
If the formula is approved, one copy will be retained by TTB and the remaining approved copy(ies) will be sent to the addressee. The addressee will forward approved copies (or two-sided reproductions) to each facility identified in Item 1.
**SPECIFIC INSTRUCTIONS**
**Formula #- and Formula Superseded.**
    Number the formulas in sequence commencing with the number

    proprietor product number (if none, so indicate), drawback formula number (if none, so indicate), city and state of the flavor manufacturer, date of approval of the nonbeverage formula, alcohol content of the flavor or blender (if nonalcoholic, so indicate), and a description of any coloring material contained in the flavor or blender.

(d)   Identify all allergens added directly to the product or contained in the flavor materials. Allergens may include Crustacean shellfish, fish, soy (soybean(s), soya), wheat, milk, eggs, peanuts, or tree nuts. For shellfish and tree nuts, the label and formula must indicate the specific type or species.

(e)   Identify the use of any artificial sweeteners.

**Distilled Spirits only:**

(f)   If any type of wine (including vermouth) is to be used in the product, state the kind, percentage of wine to

"1." An applicant who has more than one facility must use a unique system of serial numbers that does not duplicate any formula number used at any plant. If this formula will supersede a previous approved formula with the same formula number, please check the box.

**Item 1.** Enter the name and complete address of the applicant or importer, and the city and state for all other facilities where the product will be produced if the product is produced domestically.

**Item 1a.** *(For Domestic Products)* Enter the complete mailing address of the applicant if different than the information in Item 1.
*(For Imported Products)* Enter the complete name and mailing address of the foreign producer.

**Item 2.** Enter the contact person's full phone number including area code and extension, if necessary.

**Item 3.** Enter the plant registry/basic permit/brewer's notice number for each facility that will produce or import the product.

**Item 4.** The class and type must conform to one of the class and type designations in the regulations issued under the Federal Alcohol Administration Act. Wine products containing less than 7 percent alcohol by volume must be designated in accordance with the labeling regulations 27 CFR Part 24 and the Federal Food, Drug and Cosmetic Act, 21 CFR. Do not show a brand or fanciful name in item 4.

**Item 5.** Enter the brand and fanciful name in item 5 (does **NOT** constitute approval for use on a label). If a brand or fanciful name has not yet been chosen, leave item 5 blank.

**Item 6.**
  (a)   Specify the kind and quantity of each and every material or ingredient to be used in the formulation of a batch of the product, e.g., 100 gallons, 1000 gallons, 100 barrels.

  (b)   Identify all coloring agents added directly to the product or contained in flavor materials. Certified food colors must be identified by FD&C number, for example "FD&C Yellow No. 5."

  (c)   Identify flavoring or blending materials by the name of the flavor or blender, name of the flavor or blender proprietor,

be used, whether the wine is domestic or imported, whether the wine contains added wine spirits, and the percentage of alcohol by volume of the wine, and the amount of alcohol contributed to the final product on a proof gallon basis.

  (g)   If the finished product is to be labeled as containing a particular class and type of distilled spirits (such as "Blackberry Liqueur & Brandy" or "Coffee Liqueur & Non- Dairy Creamer") the ingredients used to produce the particular class and type of distilled spirits must be listed in a manner so that they are distinguishable from the remaining ingredients for the finished product.

**Item 7.** Show in sequence each step employed in producing the product including the step at which the specified materials will be added and the approximate period of time to complete production.
*(For Malt Beverages)* Describe in detail each special process used to produce a beer product. Omit processes customarily used in brewing such as pasteurization or ordinary filtration.

**Item 8.** Enter the total yield of the finished product, e.g., 150 gallons, 1500 gallons, 150 barrels.

**Item 9.** If the product is to be bottled at more than one alcohol content within the same tax rate, state the alcoholic content as a range to include all alcoholic contents at which the product will be bottled, provided that the product does not change class and type.

**Item 9a.** *(For Malt Beverages)* Enter the percentage of alcohol derived from flavors or other materials containing alcohol.

**Item 9b.** *(For Malt Beverages)* Enter the percentage of alcohol derived from the malt base of the product.

**Item 10.** *(For Domestic Products)* Applicant is the person required to file a formula under TTB regulations.
*(For Imported Products)* Importer is the person who imports the product.

## CONDITIONS FOR FORMULA APPROVAL
This approval is granted under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 and does not in any way provide exemption from or waiver of the provisions of the Food and Drug Administration regulations relating to the use of food and color additives in food products.
Addition of remnants or returned merchandise to a completed product made under the same formula is permitted.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with Federal laws and regulations we administer for the formulation of alcohol beverages. The information is mandated by statute (26 U.S.C. Chapter 51) and is used to obtain a benefit. The information collected on this form must be considered confidential tax information under 26 U.S.C. 6103, and must not be disclosed to any unauthorized party under 26 U.S.C. 7213.
We estimate 2 hours as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Box 12, Washington, DC 20005.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a current, valid OMB control number

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY | FORMULA #:DSP-TX-15010 - 0031 |
|---|---|---|
| TTB ID:1398304 | ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB) **FORMULA AND PROCESS FOR DOMESTIC AND IMPORTED ALCOHOL BEVERAGES** (See Instructions and Conditions at the end of this form) | SUPERSEDING FORMULA ☐ |

**1. NAME AND ADDRESS OF APPLICANT / IMPORTER** *(See Instructions)*:
    Treaty Oak Brewing and Distilling Co, LLC
    16604 FITZHUGH RD
    Dripping Springs, TX

**2. CONTACT PERSON'S PHONE NUMBER / E-MAIL ADDRESS:**
    5127853996

**3. PLANT REGISTRY / BASIC PERMIT / BREWER'S NUMBER:**
    DSP-TX-15010

**1a. MAILING ADDRESS** *(If different than above)* / **FOREIGN PRODUCER'S ADDRESS:**

    16604 Fitzhugh Road
    Dripping Springs, TX 78620

**4. CLASS AND TYPE OF PRODUCT:** (Approved)
    RECOGNIZED COCKTAILS

**5. PRODUCT NAME:**
    No.9 Gin & Tonic Elderflower

**6. QUANTITATIVE LIST OF INGREDIENTS** *(If more space is needed, use space at the top of the next page or separate sheet)*:

Finished Alcohol

       Redistilled gin; 55.0 - 65.0 lb.; 45 - 55; 120 - 160;

       Redistilled gin; 40.0 - 50.0 lb.; 45 - 55; 120 - 160;

Flavor

       Lime Flavor; 0.01 - 0.1 lb.; CITROINJ - 344; 1274796;

       Elderflower Flavor; 0.3 - 0.9 lb.; ABELEI - 722; 1391958;

       Mint Flavor; 0.01 - 0.05 lb.; CITROINJ - 561; 1368563;

Other

       Water; 770.0 - 790.0 lb.

       Simple Syrup; 2.0 - 3.0 lb.

       Citric Acid; 0.1 - 1.0 lb.

       Malic Acid; 0.1 - 0.5 lb.

       KetoseSweet+; 0.1 - 0.5 lb.

       Quinine Sulfate; 0.001 - 0.004 lb.

       Sodium Benzoate; 0.001 - 0.019 lb.

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION** *(If more space is needed, use space at the top of the next page or separate sheet)*:

1. Step 1 Weigh out and add gin blend to tank

2. Step 2 Add simple syrup - made from 1:1 ratio of refined sugar and distilled water

3. Step 3 Add flavors (Lime, elderflower, mint)

4. Step 4 Add all dry ingredients (Citric acid, malic acid, KetoseSweet, quinine sulfate, sodium benzoate)

5. Step 5 Add 95% of the water and test ABV

6. Step 6 Add water to reach 7% ABV

7. Step 7 Mix until homogenous

8. Step 8 Carbonate final product with carbon dioxide to 3-3.5 volumes

| 8. TOTAL YIELD:<br>    100.0 Gallons | 9. ALCOHOL CONTENT OF FINISHED PRODUCT *(range may be shown)*:<br>    5- 8 % by Volume | |
|---|---|---|
| 9a. AMOUNT OF ALCOHOL FROM FLAVORS: | 9b. AMOUNT OF ALCOHOL FROM BASE: | |
| 10. PRINTED NAME OF APPLICANT / IMPORTER: | 11. BY *(Signature and Title)*<br>    (submitted electronically) | 12. DATE: |

**FOR TTB USE ONLY(Items 13, 14, 15, and 16)**

**13. FORMULATION:**

WINE PRODUCTS

- [ ] Approved subject to the provision of

DISTILLED SPIRITS PRODUCTS

- [ ] Harmless coloring, flavoring, or blending materials must not total more than 25% by volume of the finished product.
- [ ] Sugar. dextrose, or levulose or a combination thereof must be used in an amount not less than 2.5% by weight of the cordial or liqueur.
- [ ] The use of refining agents must not alter the basic composition of the spirits.
- [ ] The blended whiskey must contain not less than 20% straight whiskey on a proof gallon basis.

**LABELING(finished product only):**

- [ ] The designation of the product must include a truthful and adequate statement of composition, such as
- [ ] Commodity statement
- [ ] The label must indicate the use of
  - [ ] caramel color
  - [ ] artificial flavor
  - [ ] allergen(s)
  - [ ] certified color(other than FD&C Yellow #5)
  - [ ] FD&C Yellow #5
- [ ]

| 14. DATE:<br><br>05/10/2021 | 15. APPROVED - TTB SPECIALIST FOR THE ADMINISTRATOR, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>    CHRISTIAN FAY | 16. EXPIRED(IMPORT ONLY): |
|---|---|---|

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

6.QUANTITIVE LIST OF INGREDIENTS *(Continued)*:

Other Ingredients:

  KetoseSweet+;  0.1-0.5 lb.;
  Quinine Sulfate;  0.001-0.004 lb.;
  Sodium Benzoate;  0.001-0.019 lb.;

7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION*(Continued)*:

**GENERAL INSTRUCTIONS**
Every person who is required to file a formula under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 must submit this form to the Advertising, Labeling, and Formulation Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G St., NW, Box 12, Washington, D.C. 20005. Permit approval and formula approval are required prior to manufacture/importation of any product requiring a formula. Production may commence upon receipt by the proprietor of an approved formula on TTB F 5100.51.
The number of copies to be filed is as follows: one copy for TTB's records, and either one additional copy, or one additional copy for each facility identified in Item 1.
If the formula is approved, one copy will be retained by TTB and the remaining approved copy(ies) will be sent to the addressee. The addressee will forward approved copies (or two-sided reproductions) to each facility identified in Item 1.
**SPECIFIC INSTRUCTIONS**
**Formula #- and Formula Superseded.**

    Number the formulas in sequence commencing with the number

proprietor product number (if none, so indicate), drawback formula number (if none, so indicate), city and state of the flavor manufacturer, date of approval of the nonbeverage formula, alcohol content of the flavor or blender (if nonalcoholic, so indicate), and a description of any coloring material contained in the flavor or blender.

(d)   Identify all allergens added directly to the product or contained in the flavor materials. Allergens may include Crustacean shellfish, fish, soy (soybean(s), soya), wheat, milk, eggs, peanuts, or tree nuts. For shellfish and tree nuts, the label and formula must indicate the specific type or species.

(e)   Identify the use of any artificial sweeteners.

**Distilled Spirits only:**

(f)   If any type of wine (including vermouth) is to be used in the product, state the kind, percentage of wine to

"1." An applicant who has more than one facility must use a unique system of serial numbers that does not duplicate any formula number used at any plant. If this formula will supersede a previous approved formula with the same formula number, please check the box.

**Item 1.** Enter the name and complete address of the applicant or importer, and the city and state for all other facilities where the product will be produced if the product is produced domestically.

**Item 1a.** *(For Domestic Products)* Enter the complete mailing address of the applicant if different than the information in Item 1.
*(For Imported Products)* Enter the complete name and mailing address of the foreign producer.

**Item 2.** Enter the contact person's full phone number including area code and extension, if necessary.

**Item 3.** Enter the plant registry/basic permit/brewer's notice number for each facility that will produce or import the product.

**Item 4.** The class and type must conform to one of the class and type designations in the regulations issued under the Federal Alcohol Administration Act. Wine products containing less than 7 percent alcohol by volume must be designated in accordance with the labeling regulations 27 CFR Part 24 and the Federal Food, Drug and Cosmetic Act, 21 CFR. Do not show a brand or fanciful name in item 4.

**Item 5.** Enter the brand or fanciful name in item 5 (does **NOT** constitute approval for use on a label). If a brand or fanciful name has not yet been chosen, leave item 5 blank.

**Item 6.**
(a) Specify the kind and quantity of each and every material or ingredient to be used in the formulation of a batch of the product, e.g., 100 gallons, 1000 gallons, 100 barrels.

(b) Identify all coloring agents added directly to the product or contained in flavor materials. Certified food colors must be identified by FD&C number, for example "FD&C Yellow No. 5."

(c) Identify flavoring or blending materials by the name of the flavor or blender, name of the flavor or blender proprietor,

be used, whether the wine is domestic or imported, whether the wine contains added wine spirits, and the percentage of alcohol by volume of the wine, and the amount of alcohol contributed to the final product on a proof gallon basis.

(g) If the finished product is to be labeled as containing a particular class and type of distilled spirits (such as "Blackberry Liqueur & Brandy" or "Coffee Liqueur & Non- Dairy Creamer") the ingredients used to produce the particular class and type of distilled spirits must be listed in a manner so that they are distinguishable from the remaining ingredients for the finished product.

**Item 7.** Show in sequence each step employed in producing the product including the step at which the specified materials will be added and the approximate period of time to complete production.
*(For Malt Beverages)* Describe in detail each special process used to produce a beer product. Omit processes customarily used in brewing such as pasteurization or ordinary filtration.

**Item 8.** Enter the total yield of the finished product, e.g., 150 gallons, 1500 gallons, 150 barrels.

**Item 9.** If the product is to be bottled at more than one alcohol content within the same tax rate, state the alcoholic content as a range to include all alcoholic contents at which the product will be bottled, provided that the product does not change class and type.

**Item 9a.** *(For Malt Beverages)* Enter the percentage of alcohol derived from flavors or other materials containing alcohol.

**Item 9b.** *(For Malt Beverages)* Enter the percentage of alcohol derived from the malt base of the product.

**Item 10.** *(For Domestic Products)* Applicant is the person required to file a formula under TTB regulations.
*(For Imported Products)* Importer is the person who imports the product.

**CONDITIONS FOR FORMULA APPROVAL**
This approval is granted under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 and does not in any way provide exemption from or waiver of the provisions of the Food and Drug Administration regulations relating to the use of food and color additives in food products.
Addition of remnants or returned merchandise to a completed product made under the same formula is permitted.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with Federal laws and regulations we administer for the formulation of alcohol beverages. The information is mandated by statute (26 U.S.C. Chapter 51) and is used to obtain a benefit. The information collected on this form must be considered confidential per tax information under 26 U.S.C. 6103, and must not be disclosed to any unauthorized party under 26 U.S.C. 7213.
We estimate 2 hours as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Box 12, Washington, DC 20005.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a current, valid OMB control number

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**





**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**
**U.S. Department of the Treasury**


**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**

TTB F 5100.31: Application For and Certification/
Exemption of Label/Bottle Approval

| |
|---|
| ✦ Formulas Online |
| |
| ✦ Home: My eApplications |
| ✦ Create an eApplication |
| ✦ Search for eApplications |
| ✦ My Profile      ✦ Contact Us |
| ✦ Instructions |
| ✦ Log Off |

# Application Detail

**TTB ID:** ❓ 21168001000270

**Status:** ❓ RECEIVED                                        ✦ Withdraw eApplication

**Brand Name:** ❓ WATERLOO NO.9 GIN & TONIC ORIGINAL

**Type of Product:** ❓ DISTILLED SPIRIT

**Source of Product:** ❓ DOMESTIC

**Serial #:** ❓ 210021

**Type of Application:** ❓ LABEL APPROVAL

**Date Submitted:** ❓ 06/17/2021

**Plant Registry/Basic Permit/Brewers No (Principal Place of Business):** ❓
DSP-TX-15010
Treaty Oak Brewing and Distilling Co, LLC
16604 FITZHUGH RD
Dripping Springs, TX 78620

**Trade Name (as on label):** ❓

**Plant Registry/Basic Permit/Brewers No (Other):** ❓

**Contact Information**
Jamie Biel (JBIEL1)
(512) 785-3996
jamie@treatyoakdistilling.com

**Fanciful Name:** ❓

**TTB Formula ID:** ❓

| TTB Formula Id | Class/Type | Permit No. | Company Formula # |
|---|---|---|---|
| 1398296 | RECOGNIZED COCKTAILS | DSP-TX-15010 | 0030 |

**Formula/SOP #:** ❓

**Lab No. & Date/Pre-Import No. & Date:** ❓

**Distinctive Liquor Bottle Approval Requested?:** No

---

**Foreign Translation:**

*N/A*

**Special Wording:**

*N/A*

| **Label Images** | **Type** | **Label Dimensions** |
|---|---|---|
| FINALWaterlooNo9GToriginal2.png | Brand (front) or keg collar | 7.75 inches W X 4.25 inches H |

| **Attachments** | **Type** |
|---|---|

---

**Under the penalties of perjury, I declare: that all the statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31. Certificate/Exemption of Label/Bottle Approval.**

**Date of Application:** 06/17/2021  **Applicant Name** Jamie Biel

Back

Alcohol and Tobacco Tax and Trade Bureau, 2003  Contact us at webmaster@ttb.treas.gov




While the Alcohol and Tobacco Tax and Trade Bureau (TTB) makes every effort to provide complete information, data such as company names, addresses, permit numbers, and other data provided in the registry may change over time. TTB makes no warranty, expressed or implied, and assumes no legal liability or responsibility as to the accuracy, reliability or completeness of furnished data. Label images contained within the Public COLA Registry may appear differently, with respect to type size, characters per inch and contrasting background, than actual labels on the container. We also remind users of the Public COLA Registry that section V. of the instructions for the TTB COLA Form 5100.31, Allowable Revisions to Approved Labels, identifies various types of label information that may be changed by the COLA holder without the need for re-approval. TTB welcomes suggestions on how to improve our Public COLA Registry. Please contact us via online inquiry.

If you have difficulty accessing any information in the site due to a disability, please contact us via email (webmaster@ttb.treas.gov) and we will do our best to make the information available to you.

This site is best viewed at 1280x800 screen resolution or higher using Internet Explorer 11 or higher.

*WARNING! THIS SYSTEM IS THE PROPERTY OF THE UNITED STATES DEPARTMENT OF TREASURY. UNAUTHORIZED USE OF THIS SYSTEM IS STRICTLY PROHIBITED AND SUBJECT TO CRIMINAL AND CIVIL PENALITIES. THE DEPARTMENT MAY MONITOR, RECORD, AND AUDIT ANY ACTIVITY ON THE SYSTEM AND SEARCH AND RETRIEVE ANY INFORMATION STORED WITHIN THE SYSTEM. BY ACCESSING AND USING THIS COMPUTER YOU ARE AGREEING TO ABIDE BY THE TTB RULES OF BEHAVIOR, AND ARE CONSENTING TO SUCH MONITORING, RECORDING, AND INFORMATION RETRIEVAL FOR LAW ENFORCEMENT AND OTHER PURPOSES. USERS SHOULD HAVE NO EXPECTATION OF PRIVACY WHILE USING THIS SYSTEM.*

TTB COLAS Version 4.14.2




**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**
U.S. Department of the Treasury


ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

➤ Formulas Online

➤ Home: My eApplications
➤ Create an eApplication
➤ Search for eApplications
➤ My Profile    ➤ Contact Us
➤ Instructions
➤ Log Off

**TTB F 5100.31: Application For and Certification/
Exemption of Label/Bottle Approval**

# Application Detail

**TTB ID:** ❓ 21168001000288

**Status:** ❓ RECEIVED      ➤ <u>Withdraw eApplication</u>

**Brand Name:** ❓ WATERLOO NO.9 GIN & TONIC MEDITERRANEAN

**Type of Product:** ❓ DISTILLED SPIRIT

**Source of Product:** ❓ DOMESTIC

**Serial #:** ❓ 210023

**Type of Application:** ❓ LABEL APPROVAL

**Date Submitted:** ❓ 06/17/2021

**Plant Registry/Basic Permit/Brewers No (Principal Place of Business):** ❓
DSP-TX-15010
Treaty Oak Brewing and Distilling Co, LLC
16604 FITZHUGH RD
Dripping Springs, TX 78620

**Trade Name (as on label):** ❓
TREATY OAK DISTILLING

**Plant Registry/Basic Permit/Brewers No (Other):** ❓

**Contact Information**
Jamie Biel (JBIEL1)
(512) 785-3996
jamie@treatyoakdistilling.com

**Fanciful Name:** ❓

**TTB Formula ID:** ❓

| TTB Formula Id | Class/Type | Permit No. | Company Formula # |
|---|---|---|---|
| 1398317 | RECOGNIZED COCKTAILS | DSP-TX-15010 | 0032 |

**Formula/SOP #:** ❓

**Lab No. & Date/Pre-Import No. & Date:** ❓

**Distinctive Liquor Bottle Approval Requested?:** No

---

**Foreign Translation:**

*N/A*

**Special Wording:**

*N/A*

**Label Images**          **Type**          **Label Dimensions**

FINALWaterlooNo9GTmediterr2.png    Brand (front) or keg    7.75 inches W X 4.25 inches H
                                    collar

**Attachments**          **Type**

---

**Under the penalties of perjury, I declare: that all the statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31. Certificate/Exemption of Label/Bottle Approval.**

**Date of Application:** 06/17/2021          **Applicant Name** Jamie Biel

| | Back |
|---|---|

Alcohol and Tobacco Tax and Trade Bureau, 2003  Contact us at webmaster@ttb.treas.gov




While the Alcohol and Tobacco Tax and Trade Bureau (TTB) makes every effort to provide complete information, data such as company names, addresses, permit numbers, and other data provided in the registry may change over time. TTB makes no warranty, expressed or implied, and assumes no legal liability or responsibility as to the accuracy, reliability or completeness of furnished data. Label images contained within the Public COLA Registry may appear differently, with respect to type size, characters per inch and contrasting background, than actual labels on the container. We also remind users of the Public COLA Registry that section V. of the instructions for the TTB COLA Form 5100.31, Allowable Revisions to Approved Labels, identifies various types of label information that may be changed by the COLA holder without the need for re-approval. TTB welcomes suggestions on how to improve our Public COLA Registry. Please contact us via online inquiry.

If you have difficulty accessing any information in the site due to a disability, please contact us via email (webmaster@ttb.treas.gov) and we will do our best to make the information available to you.

This site is best viewed at 1280x800 screen resolution or higher using Internet Explorer 11 or higher.

*WARNING! THIS SYSTEM IS THE PROPERTY OF THE UNITED STATES DEPARTMENT OF TREASURY. UNAUTHORIZED USE OF THIS SYSTEM IS STRICTLY PROHIBITED AND SUBJECT TO CRIMINAL AND CIVIL PENALITIES. THE DEPARTMENT MAY MONITOR, RECORD, AND AUDIT ANY ACTIVITY ON THE SYSTEM AND SEARCH AND RETRIEVE ANY INFORMATION STORED WITHIN THE SYSTEM. BY ACCESSING AND USING THIS COMPUTER YOU ARE AGREEING TO ABIDE BY THE TTB RULES OF BEHAVIOR, AND ARE CONSENTING TO SUCH MONITORING, RECORDING, AND INFORMATION RETRIEVAL FOR LAW ENFORCEMENT AND OTHER PURPOSES. USERS SHOULD HAVE NO EXPECTATION OF PRIVACY WHILE USING THIS SYSTEM.*

TTB COLAS Version 4.14.2



**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**
**U.S. Department of the Treasury**



ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

**TTB F 5100.31: Application For and Certification/**
**Exemption of Label/Bottle Approval**

- Formulas Online

- Home: My eApplications
- Create an eApplication
- Search for eApplications
- My Profile    Contact Us
- Instructions
- Log Off

## Application Detail

**TTB ID:** ❓ 21168001000283

**Status:** ❓ RECEIVED             ❓ Withdraw eApplication

**Brand Name:** ❓ WATERLOO NO.9 GIN & TONIC ELDERFLOWER

**Type of Product:** ❓ DISTILLED SPIRIT

**Source of Product:** ❓ DOMESTIC

**Serial #:** ❓ 210022

**Type of Application:** ❓ LABEL APPROVAL

**Date Submitted:** ❓ 06/17/2021

**Plant Registry/Basic Permit/Brewers No (Principal Place of Business):** ❓
DSP-TX-15010
Treaty Oak Brewing and Distilling Co, LLC
16604 FITZHUGH RD
Dripping Springs, TX 78620

**Trade Name (as on label):** ❓
TREATY OAK DISTILLING

**Plant Registry/Basic Permit/Brewers No (Other):** ❓

**Contact Information**
Jamie Biel (JBIEL1)
(512) 785-3996
jamie@treatyoakdistilling.com

**Fanciful Name:** ❓

**TTB Formula ID:** ❓

| TTB Formula Id | Class/Type | Permit No. | Company Formula # |
|---|---|---|---|
| 1398304 | RECOGNIZED COCKTAILS | DSP-TX-15010 | 0031 |

**Formula/SOP #:** ❓

**Lab No. & Date/Pre-Import No. & Date:** ❓

**Distinctive Liquor Bottle Approval Requested?:** No

---

**Foreign Translation:**

*N/A*

**Special Wording:**

*N/A*

| **Label Images** | **Type** | **Label Dimensions** |
|---|---|---|
| FINALWaterlooNo9GTelder2.png | Brand (front) or keg collar | 7.75 inches W X 4.25 inches H |

| **Attachments** | **Type** |
|---|---|

---

**Under the penalties of perjury, I declare: that all the statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31. Certificate/Exemption of Label/Bottle Approval.**

**Date of Application:** 06/17/2021          **Applicant Name** Jamie Biel

Exhibit 7 - Page 9 of 9

Back

Alcohol and Tobacco Tax and Trade Bureau, 2003  Contact us at webmaster@ttb.treas.gov





While the Alcohol and Tobacco Tax and Trade Bureau (TTB) makes every effort to provide complete information, data such as company names, addresses, permit numbers, and other data provided in the registry may change over time. TTB makes no warranty, expressed or implied, and assumes no legal liability or responsibility as to the accuracy, reliability or completeness of furnished data. Label images contained within the Public COLA Registry may appear differently, with respect to type size, characters per inch and contrasting background, than actual labels on the container. We also remind users of the Public COLA Registry that section V. of the instructions for the TTB COLA Form 5100.31, Allowable Revisions to Approved Labels, identifies various types of label information that may be changed by the COLA holder without the need for re-approval. TTB welcomes suggestions on how to improve our Public COLA Registry. Please contact us via online inquiry.

If you have difficulty accessing any information in the site due to a disability, please contact us via email (webmaster@ttb.treas.gov) and we will do our best to make the information available to you.

This site is best viewed at 1280x800 screen resolution or higher using Internet Explorer 11 or higher.

*WARNING! THIS SYSTEM IS THE PROPERTY OF THE UNITED STATES DEPARTMENT OF TREASURY. UNAUTHORIZED USE OF THIS SYSTEM IS STRICTLY PROHIBITED AND SUBJECT TO CRIMINAL AND CIVIL PENALITIES. THE DEPARTMENT MAY MONITOR, RECORD, AND AUDIT ANY ACTIVITY ON THE SYSTEM AND SEARCH AND RETRIEVE ANY INFORMATION STORED WITHIN THE SYSTEM. BY ACCESSING AND USING THIS COMPUTER YOU ARE AGREEING TO ABIDE BY THE TTB RULES OF BEHAVIOR, AND ARE CONSENTING TO SUCH MONITORING, RECORDING, AND INFORMATION RETRIEVAL FOR LAW ENFORCEMENT AND OTHER PURPOSES. USERS SHOULD HAVE NO EXPECTATION OF PRIVACY WHILE USING THIS SYSTEM.*

TTB COLAS Version 4.14.2